UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20014-CIV-HOEVELER

KELVIN PACE,

    Plaintiff,

v.

KENNY ATKINSON, et al.,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND DISMISSING CASE

THIS CAUSE comes before the Court upon the Report of the Magistrate Judge, filed October 5, 2011, recommending, *inter alia*, that this case be dismissed for failure to exhaust remedies.[1] Plaintiff filed Objections to the Report and Recommendation. The Court notes that Plaintiff acknowledges that his administrative remedy was untimely filed, but suggests that good cause exists for equitable tolling because Plaintiff had a "head trauma". The Court does not find sufficient basis in the record for such tolling. Having reviewed the Amended Complaint, the Magistrate's Report, and Plaintiff's Objections, and based upon that review, it is

ORDERED AND ADJUDGED that the Report be adopted by this Court. The motion to dismiss is GRANTED, and this case is closed.

DONE AND ORDERED in Miami, Florida, this 22nd day of February 2012.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to prior Orders entered in this case, the only claims pending are for excessive force against Officers Dave, Jamanca, Marshall, Carrasquillo, Burgess, Hanna, Guinn, and Lahorra.

copies to:

>Magistrate Judge White
>Kelvin Pace, Reg. No. 69396-004
>>FCI - JESUP
>>2680 Highway 301 South
>>Jesup, GA 31599
>Stephanie Fidler